UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ROBINSON,<br><br>             Plaintiff,<br><br>    v.<br><br>MELISSA ROPER, et al.,<br><br>             Defendants. | CASE NO. CV 06-3817-TJH (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

    DATED:   <u>April 7, 2010</u>.

                                                _____
                                                TERRY J. HATTER, JR.
                                                UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA06CV03817TJH-O.wpd