UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL ROBINSON, | ) | CASE NO. CV 06-3817-TJH (PJW) |
| Plaintiff, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| MELISSA ROPER, et al., | ) ) | |
| Defendants. | ) ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: <u>April 7, 2010</u>.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA06CV03817TJH-J.wpd